## AARON B. RHODES v. ED. R. SMITH.

ACTION brought by *Smith* against *Rhodes* to recover damages for obstructing a road alleged to be a public road. Trial at the April Term, 1883, of the district court of Linn county, and judgment for plaintiff. The defendant brings the case here.

*James D. Snoddy,* for plaintiff in error.

*W. R. Biddle,* for defendant in error.

*Per Curiam:* As several of the questions just decided in *Hannah Smith v. Ed. R. Smith* are involved in this case, what we have said in the former case will apply so far as applicable to this case; therefore the judgment of the district court will be reversed, and the cause remanded for further proceedings.